DAVID B. BARLOW, United States Attorney (#13117))
BRADLEY A. JEPPSEN, Special Assistant United States Attorney (#13256)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RANDY ROBINSON, Defendant. | INDICTMENT<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm [Count 1].<br><br>Case: 2:14-cr-00331<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 7/2/2014<br>Description: USA v. |

The Grand Jury Charges:

<u>COUNT</u> 1 *ejolm*
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

On or about May 22, 2014 in the Central Division of the District of Utah,

RANDY ROBINSON,

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess in and affecting interstate commerce, firearms, to

wit:  a Remington 12 gauge shotgun and a Stoeger 20 gauge shotgun ; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

BRADLEY A. JEPPSEN
Special Assistant United States Attorney